IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:07-cv-00263-MP-AK

ROBIN A. WASSON,

    Defendant.

_____/

**Consent Judgment**

This matter is before the Court on Doc. 9, Joint Motion for Entry of Consent Judgment, filed by Plaintiff United States of America. In the motion, the parties state that they have agreed to settle this case, and move for entry of a consent judgment in favor of the Plaintiff in the amount of $4,466.66. Therefore, after considering the settlement, the Court grants the motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The parties' Joint Motion for Entry of Consent Judgment, Doc. 9, is granted, and judgment is entered against the Defendant and in favor of the Plaintiff in the amount of $4,466.66. Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a), and shall be computed daily and compounded annually until fully paid.

2. The Clerk is directed to close this case, with the Court retaining jurisdiction for 90 days to ensure compliance with the settlement agreement.

    **DONE AND ORDERED** this _27th_ day of March, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge